```
 1  (1)
    SEAVON PIERCE
 2  P.O. BOX 5101
    DELANO, CAL. 93216
 3                                              42 U.S.C. 1983
                                                 (NEW FILING)
 4          V.

 5  (1)                                    (1) IN FORMA PAUPERIS STATUS IS
    UC BERKELEY SCHOOL OF LAW                  ESTABLISHED IN THIS COURT,
 6  POST-CONVICTION ADVOCACY PROJECT       (2) PLAINTIFF REQUEST SUMMONS BY
    SERVICE DIVISION                           COURT, F.R.C.P. 4 (c)(3),
 7  215 BOALT HALL
    BERKELEY CAL. 94720-7200
 8  (2)
    NEW YORK TIMES NEWS SERVICE DIVISION
 9  620 EIGTH AVE. 9th floor                        FILED
    NEW YORK N.Y. 10018
10  (3)                                          DEC 29 2015
    WASHINGTON CITY PAPER
11  2390 CHAMPLAIN ST N.W.                   CLERK, U.S. DISTRICT COURT
    WASHINGTON D.C. 20009                   EASTERN DISTRICT OF CALIFORNIA
12  (4)                                     BY_____
    LAWYERS FOR CIVIL JUSTICE                         DEPUTY CLERK
13  SERVICW DIVISION
    1140 CONNECTICUT AVE N.W. SUITE 503       2:15 - CV - 2694    KJN PC
14  WASHINGTON D.C. 20036
    (5)
15  AMERICAN ASSN FOR JUSTICE
    SERVICE DIVISION
16  777 SIXTH ST N.W. SUITE 200
    WASHINGTON, D.C. 20001
17

18

19      THE PLAINTIFF FILES THIS CIVIL COMPLAINT UNDER 42 U.S.C. 1983, AGAINST ALL
    INDIVIDUAL PARTIES ABOVE LISTED, AND REQUEST SUMMONS BY THE COURT UPON THE
20  ESTABLISHED IN FORMA PAUPERIS STATUS, F.R.C.P. 4 (c)(3).
        NO GOVERNMENTIAL ORGANIZATION, ENTITY OR AGENCY/OFFICER IS LISTED.
21

22

23

24

25

26
                                                          12-21-15
27
                                                       SEAVON PIERCE
28
```

THE PLAINTIFF, SEAVON PIERCE, A PROTECTED CLASS MEMBER. REQUESTED BY U.S. MAIL, A APPLICATION FOR, "PUBLIC NOTICE AND RATES FOR PUBLIC NOTICE". THE REQUEST DEFINES SUCH VIOLATIONS OF PUBLIC OFFICIALS AS FRAUD, BRIBERY AND CORRUPTION, MATTERS OF LITIGATION AGAINST SPECIFIC PUBLIC OFFICIALS.

(1) PIERCE V. GONZALES, PRESIDENT BARACK OBAMA, 2011 U.S. DIST. LEXIS 21888 (E.D. CAL. FEB. 17, 2011); 13-15114
(2) PIERCE V. CALIFORNIA, CASE NUMBER SWF002212 ; EDCV-09-00310-VAP-CW

THE FIRST MATTER HOLDS THE FALSIFICATION OF CONSTITUTIONAL VIOLATIONS AND PARTIES ILLEGALLY REMOVED FROM THE CIVIL COMPLAINT UPON KNOWLEDGE OF LIABILITY. VIOLATIONS WHICH ARE BEING CONCEALED AS CONCERTED ACTS. THE FACTS ON THE PUBLIC RECORD MAINTAINS AS ONGOING ACTS, FACTS WHICH ALSO REFLECTS THE REFUSAL TO REPORT FEDERAL VIOLATIONS AS DEFINED BY LAW, 18 U.S.C. 4, 241, 242, 28 U.S.C. 591, 535(b) .

THE APPEAL PROCESS HAS BEEN FALSIFIED, THE FALSIFICATION OF FEDERAL DOCUMENTS, ACTS IN VIOLATION OF ALL RIGHTS TO APPEAL AND REVIEW MANDATED BY LAW.

**THE SECOND MATTER HOLDS** THE FALSIFICATION OF THE PUBLIC RECORD UPON A AGREEMENT TO CONCEAL EVIDENCE BY THE RIVERSIDE COURT AND RIVERSIDE DISTRICT ATTORNEY'S OFFICE WITH COUNSEL. THESE FACTS EXIST WITH THE PAGES 1656, 1657 and 1658, DENIED TO EXIST FOR YEARS 2006-2010, WHICH IS NOW REFLECTED AS "BLOCKED" WITH NO LEGAL AUTHORITY OR PROCEDURE TO CONDUCT SUCH ACTS TO BLOCK THE PUBLIC RECORD FROM THE PUBLIC. WHICH IS EVIDENCE OF FRAUD, ACTS WHICH CANNOT BE CONDUCTED WITHOUT A LEGAL DETERMINATION, PROCEEDING BEING CONDUCTED WHICH AUTHORIZES THE COURT TO BLOCK THE RECORD FROM THE PUBLIC, MEDIA, PRESS AND DEFENDANTS.

THESE FACTS EXIST UPON THE DUTY OF THE ATTORNEY GENERAL KAMALA D. HARRIS, ANTHONY DA'SILVA, et.al., TO PROVIDE ALL COURT TRANSCRIPTIONS AS A DUTY, see HABEAS RULE 5. FACTS WHICH HAVE BEEN ADMITTED BY THE ATTORNEY GENERALS <u>AS MISPRISON A FEDERAL VIOLATION, 18 U.S.C. 4,</u> ADMITTED UNDER F.R.C.P. 36, see case no.2: 15-cv-01930-EFB, see also DISQUALIFICATION OF JUDGE ADMITTING AS A MATTER OF LAW CONCEALMENT BY FRAUD, ILLEGAL ACTS IN VIOLATION OF FEDERAL LAW.

THESE FACTS HAVE BEEN HELD TO BE VALID AND HOLD MERIT DESPITE ACTIVE CONCEALMENT BY INTENTIONAL MISSTATEMENTS BY EFFECTED PARTIES. AN EVIDENTIARY HEARING HAS BEEN ORDERED IN CASE NUMBER EDCV-09-00310-VAP-CW, FOR 4-26-11 9-3-10, WHICH ESTABLISHES CAUSE UPON MERIT.

THE REQUESTED APPLICATION WAS REQUESTED BY U.S. MAIL (1) NO FACTS EXIST TO DENY THE REQUEST FOR BUSINESS SERVICES BUT THE CLASSIFICATION OF THE APPLICANT AS A PRISONER (2) APPLICATIONS WHICH HAVE BEEN PROVIDED TO PERSONS "SIMILARLY SITUATED" AND UNDER THE SAME CIRCUMSTANCES, DISCRIMINATION UPON THE PLAINTIFF BEING PART OF A GROUP (3) ACTS IN VIOLATION OF THE 14th AMENDMENT (4) **FACTS WHICH HOLD A NEXUS TO MATTERS OF LITIGATION AGAINST SPECIFIC PUBLIC OFFICIALS WHICH HOLDS BIAS, PREJUDICE AND DISCRIMINATION** WHICH EXIST AS ESTABLISHED AS A MATTER OF LAW, 28 U.S.CD. 1733, case no. 1:10-00285(JLT), of 12-21-12, case no. 1:15-cv-00650-LJO-DLB, DOC. NO.'S 29, 30-36, case no. 2:15-cv-01930-WBS-EFB, DOC. NO. 10 and 11 . THESE FACTS EXIST AS ESTABLISHED AS A MATTER OF LAW, 28 U.S.C. 144, 351, 455, 18 U.S.C. 4, 241, 242, HERE SUBMITTED AS EVIDENCE 28 U.S.C. 1733.

(1) MAIL WAS SENT AS U.S. MAIL ON 12-2-14 TO THE DEFENDANTS FOR APPLICATION WITH ENCLOSURES.
(2) MAIL WAS SENT AS U.S. MAIL ON 10-22-15 TO THE DEFENDANTS FOR APPLICATION WITH ENCLOSURES.

THE PLAINTIFF(S) HAVE SUFFERED INJURY, LEGAL INJURY, AND REQUEST RELIEF UPON THE DAMAGES INFLICTED. VALID CLAIMS EXIST AS PREVIOUSLY DECLARED, FACTS ESTABLISHED AS ADMITTED, AND BINDING UPON ALL COURTS F.R.C.P. 36.

NO RESPONSE HAS BEEN RECEIVED UPON FURTHER REQUEST AND COMPLAINT. THESE FACTS EXISTING AS ONGOING SINCE 2012- until present . NO OTHER REMEDY EXIST TO EXHAUST UPON THE DESCRIBED ACTS IN VIOLATION OF THE 14th AMENDMENT.

NO OTHER REASONS EXIST TO DENY THE APPLICATION, DUE CONSIDERATION UPON OTHER FACTOS WHICH MAY EXIST UPON THE SHOW OF EVIDENCE AS ACTS WHICH MAY HAVE PREVENTED DELIVERY/RECEIPT OF APPLICATIONS, <u>SOME ACTS WHICH MAY HAVE PREVENTED THE BUSINESS TRANSACTION TO BE PAID FOR.</u>

<u>REQUESTED RELIEF</u> :     (1) MONETARY DAMAGES (2) ACTUAL DAMAGES (3) CONSEQUENTIAL DAMAGES (4) EXPECTATION DAMAGES (5) FUTURE DAMAGES (6) GENERAL DAMAGES (7) NOMINAL DAMAGES (8) PUNITIVE DAMAGES ... TO BE DETERMINED UPON IMPACT TO LITIGATION.

_____  _____ 12-21-15
SEAVON PIERCE

# Proof of Service

I, Seavon Pierce, places in the U.S. Mail a 42 USC 1983 complaint w/ IFP on 12-21-15 (Dec. 21, 2015) addressed to

U.S. District Court
501 I st
Sacramento Cal 95814

I declare the above to be true and correct under a penalty of perjury

Seavon Pierce #F13921
KVSP. A-7-113
P.O. Box 5101
Delano Cal 93216

12-21-15
Seavon Pierce