UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAVON PIERCE, | No. 2:15-cv-2694 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| U.C. BERKELEY SCHOOL OF LAW, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Review of court records reveals that on at least three occasions lawsuits filed by the plaintiff have been dismissed on the grounds that they were frivolous or malicious or failed to state a claim upon which relief may be granted, as set forth below:

Pierce v. California State, CV 12-9211 UA (CW) (C.D. Cal.), November 20, 2012, dismissed as frivolous, malicious or fails to state a claim upon which relief may be granted. Id., ECF No. 5.

Pierce v. Gonzales, 1:10-cv-025 JLT (E.D. Cal.), December 3, 2012, dismissed for failure to state a claim. Id., ECF No. 27.

1

<u>Pierce v. Warden of Lancaster</u>, CV 13-1939 UA (CW), March 28, 2013, dismissed as frivolous, malicious or fails to state a claim upon which relief may be granted. <u>Id.</u>, ECF No. 2.

<u>Pierce v. Lancaster State Prison</u>, 2:13-cv-8126 (C.D. Cal.), December 3, 2013, dismissed as frivolous, malicious or fails to state a claim upon which relief may be granted. <u>Id.</u>, ECF No. 6.

<u>Pierce v. Unknown</u>, 1:15-cv-0650 LJO DLB (E.D. Cal.), December 1, 2015, dismissed for failure to state a claim. <u>Id.</u>, ECF No. 38.

Plaintiff is therefore precluded from proceeding in forma pauperis in this action unless plaintiff is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff has not alleged any facts which suggest that he is under imminent danger of serious physical injury. Thus, plaintiff must submit the appropriate filing fee in order to proceed with this action.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within twenty-one days from the date of this order, the appropriate filing fee. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  March 17, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pier2694.1915g